No. 23. ROGER SHERMAN, SUCCESSOR IN TRUST, AND D. H. PINNEY, PLAINTIFFS IN ERROR, *v.* LIBBIE GOODWIN. In error to the Supreme Court of the Territory of Arizona. Submitted October 26, 1911. Decided November 6, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Idaho & O. Land Improvement Co.* v. *Bradbury,* 132 U. S. 509, 513; *Garzot* v. *Rios de Rubio,* 209 U. S. 284. *Mr. Walter Bennett* and *Mr. D. H. Pinney* for the plaintiffs in error. *Mr. J. F. Wilson* for the defendant in error.

---

No. 762. W. H. TOLLIVER ET UX., APPELLANTS, *v.* THE GREAT NORTHERN RAILWAY COMPANY. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss submitted October 30, 1911. Decided November 6, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Weir* v. *Rountree,* 216 U. S. 607, and cases cited. *Mr. Miles Poindexter* and *Mr. O. C. Moore* for the appellants. *Mr. E. C. Lindley* for the appellee.

---

No. 555. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* C. W. BRADBURY. In error to the Supreme Court of the State of Iowa. Motions to dismiss or affirm and for damages submitted November 6, 1911. Decided November 13, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Mutual Life Insurance Co.* v. *McGrew,* 188 U. S. 291, 308; *Farrell* v. *O'Brien,* 199 U. S. 100; *Southern Ry. Co.* v. *United States,* 222 U. S. 20; *Schlemmer* v. *Buffalo &c. Ry. Co.,* 205 U. S. 1; and 220 U. S. 590. *Mr. Carroll Wright* for the plaintiff in error. *Mr. Horatio F. Dale* and *Mr. John G. Myerly* for the defendant in error.